# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-50254
Summary Calendar

IJOMA I. EGEOLU, DR.,

Plaintiff-Appellant,

versus

UNIVERSITY OF TEXAS AT SAN ANTONIO,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas
(SA-95-CV-773)

December 23, 1998

Before POLITZ, Chief Judge, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

Dr. Ijoma Egeolu appeals an adverse judgment after a bench trial in his Title VII discrimination action against the University of Texas at San Antonio. Having reviewed the record, briefs of the parties, and controlling precedents, and finding neither error of fact nor law in the disposition of this matter by the trial court, and on the facts as found, conclusions of law, and authorities cited by the district court in its very thorough Findings of Fact and Conclusions of

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Law signed and entered on March 13, 1997, and filed on March 14, 1997, the judgment appealed is AFFIRMED.